Wayne S. FEUERHAHN, Plaintiff–Appellant,

v.

FIRST USA BANK, Defendant–Appellee,

and

Trans Union; et al., Defendants.

No. 01–55311.

D.C. No. CV–00–03465–CM.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 15, 2001.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BROWNING, KLEINFELD, and McKEOWN, Circuit Judges.

MEMORANDUM \*\*

Wayne Feuerhahn appeals the district court's judgment dismissing his action which alleged defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(1)-(7), and the Fair Debt Collections Act, 15 U.S.C. § 1692(a)(6)(A), pursuant to Fed.R.Civ.P. 4(m). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand for further proceedings.

We review for abuse of discretion a district court's dismissal pursuant to Fed.R.Civ.P. 4(m). *Wei v. Hawaii*, 763 F.2d 370, 371 (9th Cir.1985).[1] The district court abused its discretion by dismissing Feuerhahn's action because he had good cause

1. The former Rule 4(j), cited by the court in *Wei*, was published as Rule 4(m) by the 1993 amendments to the Federal Rules of Civil Procedure.

for failing to timely serve the summons and complaint. *See* Fed.R.Civ.P. 4(m); *Wei,* 763 F.2d at 371.

VACATED AND REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.